ORIGINAL

FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0522

IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

DA 24-0522

SEP 2 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

SEAN OWENS SHAMBLIN,

Defendant and Appellant.

---

Self-represented Appellant Sean Owens Shamblin moves this Court for a stay of "the sentence pending appeal to this Court from the conviction and final [judgment] entered by the Justice Court on [June 11, 2024] . . . ." Shamblin cites to § 46-20-204(3), MCA, and puts forth that "the judgment imposed by the Justice Court must be stayed pending this appeal[.]" This Court has not received a response to Shamblin's motion.

Section 46-20-204(3), MCA, provides that: "If an appeal is taken, a sentence to pay a fine or a fine and costs must be stayed by the trial court or by the reviewing court." By way of background, on June 11, 2024, the Justice Court for Missoula County imposed a sentence of a fine, completion of the Alive at 25 court within three months, and twenty hours of community service to be completed within sixty days. Shamblin appealed the Justice Court's decision, and the Missoula County District Court affirmed, remanding the proceeding to the Justice Court on August 22, 2024. This District Court Order is the basis of Shamblin's appeal here.

According to Montana law which Shamblin cites, the imposed fine is automatically stayed, pursuant to § 46-20-204(3), MCA. There is no other statutory provision to stay Shamblin's other two, required sentence conditions, namely completion of the Alive at 25 court and the twenty hours of community service. According to the documents this Court

secured, the Justice Court has ordered Shamblin to appear on September 19, 2024, to show cause why he has not completed the twenty hours of community service within sixty days of its Order. Shamblin must comply with the other two required sentence conditions. Therefore,

IT IS ORDERED that Shamblin's Motion for a Stay of Sentence of the Justice Court is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Sean Owens Shamblin personally.

DATED this 25ᵗʰ day of September, 2024.

For the Court,

By _____
Chief Justice

2